UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-118-3F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUNIOR FERNANDEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Request for Specific BOP Designation
[DE-120]. Fernandez was sentenced on July 1, 2013 and at sentencing, the court neglected to
make a recommendation[1] regarding a Bureau of Prisons designation for Fernandez. The court
construes Fernandez's motion as a Rule 36 motion to correct the judgment.

Rule 36, Federal Rules of Criminal Procedure provides that "[a]fter giving any notice it
considers appropriate, the court may at any time correct a clerical error in a judgment, order, or
other part of the record, or correct an error in the record arising from oversight or omission."
Pursuant to Rule 36, Fernandez's motion [DE-120] is ALLOWED and the Clerk of Court is
DIRECTED to include the phrase "the court recommends placement in FCI Butner" in
Fernandez's judgment.

---

[1] The court reminds counsel that it may only make a recommendation regarding the Bureau of
Prisons designation. The Bureau of Prisons, not the court, will ultimately set the place of incarceration.

SO ORDERED.

This the $3\stackrel{d}{\phantom{}}$ day of July, 2013.

James C. Fox

JAMES C. FOX
Senior United States District Judge